1 | Ryan W. Corrigan, # 227975  (SPACE BELOW FOR FILING STAMP ONLY)
McCormick, Barstow, Sheppard
2 | Wayte & Carruth LLP
P.O. Box 28912
3 | 5 River Park Place East
Fresno, CA  93720-1501
4 | Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300
5 | E-mail:       ryan.corrigan@mccormickbarstow.com

6 | Attorneys for Plaintiff
APC 2000, INC., a Nevada corporation
7 |

8 | William A. English, #193634
Cohen Sakaguchi & English LLP
9 | 2040 Main Street, 9th Floor
Irvine, CA  92614
Telephone:   (949) 724-1849
10 | Facsimile:    (949) 625-8955
E-mail:       wae@cohen-sak.com
11 |

Attorneys for Defendant
12 | THE KYJEN COMPANY, a California corporation

13 |

14 |                    UNITED STATES DISTRICT COURT

15 |             EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

16 |

17 | APC 2000, INC., a Nevada Corporation            Case No.  1:05-CV-00675-REC-DLB

18 |                 Plaintiff,                     **ORDER OF DISMISSAL**

19 |       v.

20 | THE KYJEN COMPANY, a California
corporation,
21 |
                Defendant.
22 |

23 |         IT IS HEREBY ORDERED that pursuant to the stipulation of the parties as agreed

24 | by and between Plaintiff APC 2000, INC., and Defendant THE KYJEN COMPANY

25 | (collectively, the "Parties"), through their respective counsel of record, that the within action be

26 | dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each party bearing its

27 | own attorneys' fees and costs of suit.

28 |         IT IS FURTHER ORDERED that this dismissal be with prejudice pursuant to

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East

ORDER OF DISMISSAL

PDF created with pdfFactory trial version www.pdffactory.com

1  Section 2(f) of the Settlement Agreement.

2        IT IS FURTHER ORDERED that the Settlement Agreement, attached to the

3  Stipulation for Dismissal as Exhibit "A," is fully incorporated into this Order of Dismissal.

4

5  Dated: ___August 31, 2005_____

6

                                   By:/s/ ROBERT E. COYLE

7                                         JUDGE OF THE DISTRICT COURT

8

9  854456.v1

PDF created with pdfFactory trial version www.pdffactory.com